```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

ROBERT BRIDGES,

      Plaintiff,　　　　　　|　　CIVIL ACTION

  v.　　　　　　　　　　　　　　|　　NO. 1:17-CV-5099-CAP

WILMINGTON TRUST NATIONAL ASSOCIATION and FAY SERVICING LLC,

      Defendants.

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 5th day of June, 2018.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge